FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

98 DEC 30 PM 1:48

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA          )
                                  )
          Plaintiff,              )
                                  )
v.                                )   CIVIL ACTION NO. 98-PT-2652-M
                                  )
MELODY PATTERSON                  )                    ENTERED
SSN: 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,                 )
                                  )                   DEC 30 1998
          Defendant.              )

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion

of Plaintiff, supported by affidavit, for Judgment by Default in

favor of Plaintiff and against Defendant pursuant to Rule 55,

Federal Rules of Civil Procedure, the Court makes the following

findings and conclusions:

1.    The Summons and Complaint were served upon

Defendant on November 17, 1998; Defendant has failed to appear,

plead, or otherwise defend.

2.    Defendant is not an infant or incompetent person,

nor has Defendant been in the military service of the United

States since the filing of this suit or for a period of six

months prior to such filing.

5

　　　　3.　　Defendant is indebted to Plaintiff in the principal sum of $2,818.18, costs of $316.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of $2,163.03 through December 16, 1998, and at the rate of 8% until date of judgment.

　　　　4.　　Plaintiff is due to recover from Defendant the total sum of $5,447.21, plus interest from December 16, 1998, until date of judgment at the rate of 8 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.　A judgment will enter accordingly.

　　　　Done this the 28th day of December, 1998.

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE